## Case No. 7,083.

IRWIN v. DUNLAP.

[1 Cranch, C. C. 552.] [1]

Circuit Court, District of Columbia. July Term, 1809.

THE COURT was of opinion that a subscribing witness may be compelled to attend the court to prove a deed, so that it may be recorded.